SEALED

17 MAY -4 AM 9:23

# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**v.**

**ZACHARY TALAMONTI**

**CRIMINAL COMPLAINT**

CASE NUMBER: 4:17-mj-22-VTW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Count One: On multiple occasions, specified in the attached Affidavit, and between on or about February 11, 2016 and on or about March 10, 2016, in Harrison County, in the Southern District of Indiana, ZACHARY TALMONTI coerced and enticed a minor to engage in sexually explicit conduct for purposes of producing visual depictions of such conduct, in violation of 18 U.S.C. § 2422(b).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

**Continued on the attached sheet and made a part hereof.**

Special Agent Ronald A. Hornback, Jr., FBI

**Sworn to before me, and subscribed in my presence**

May 4, 2017 at New Albany, Indiana
**Date**

Van T. Willis, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

I, Ronald A. Hornback, Jr., having been first duly sworn, do hereby depose and state as follows:

1. **Affiant**: I have been a Special Agent of the FBI since August 10, 2014. I am currently assigned to New Albany Residence Agency of the Indianapolis Field Office. While employed by the FBI, I have investigated federal criminal violations related to high technology or cybercrime, child exploitation, and child pornography. I have gained experience through training at the FBI's New Agent Training Academy any conducting investigations related to child pornography and child exploitation. I have received training and guidance from senior Agent's in the area of child pornography and child exploitation. For example, I have been provided specific training in the area of child pornography and child exploitation from FBI Special Agent (SA) Ryan Barrett. SA Barrett is assigned to the Violent Crimes Against Children squad and has been investigating these types of cases for over seven years. In addition, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. **Information**: The statements in this affidavit are based in part on information provided by the persons listed below. Because this affidavit is for the limited purpose of securing a Criminal Complaint and Arrest Warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that **Zachary Talamonti** (Talamonti) of Falls Church, Virginia, has committed an offense in the Southern District of Indiana.

3. **Probable Cause:** For the reasons listed below, there is probable cause to believe that Talamonti has committed this criminal offense:

4. **Count 1**: On the multiple occasions specified below, between on or about February 11, 2016 and on or about March 10, 2016, Talamonti coerced and enticed a minor to engage in sexually explicit conduct for purposes of producing visual depictions of such conduct, in violation of 18 U.S.C. § 2422(b).

5. **Coercion and Enticement (18 U.S.C. § 2422(b))**: This statute provides that "Whoever, using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title and imprisoned not less than 10 years or for life." This statute incorporates both state and federal law in determining whether the underlying sexual activity is a criminal offense, including federal law prohibiting the sexual exploitation of a child, and attempts to do so (18 U.S.C. § 2251(a)).

6. **Sexual Exploitation of a Child (18 U.S.C. § 2251(a)):** This statute provides that "Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, shall be punished as provided under subsection (e), if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted

using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. It is also a crime to attempt to commit this offense.

7. **Present Investigation**: On or about August 14, 2015, the FBI Detroit Field Office-Oakland RA executed a search warrant on the home of Eric Junod in support of an on-going investigation into the transmission and receipt of child pornography. Multiple servers, computers, hard drives and Apple products were found in the residence.

8. A review of Junod's iPad and iPhone showed he used Kik (username bounce.girl) and Kik Video services to solicit, receive, and distribute child pornography. Junod portrayed himself as a preteen female during dozens of conversations on Kik.

9. Talamonti, date of birth 12/XX/1997, (Kik username ztalamont) chatted with Junod between October 2014 and July 2015. During the course of their communications, Talamonti, who was then 17 years of age, exchanged child pornography and child erotica with Junod through Kik.

10. **Communications between Talamonti and Junod**: The FBI reviewed the Kik messenger chat communication between Junod and Talamonti and determined the following:

11. On May 4, 2015, Talamonti sent an image of a minor female exposing her vagina while sitting on a sink. He then sent an image of two nude minor females in a bed. Both are facing the camera; one is inserting her fingers in the other's vagina while touching her own.

12. The FBI also determined that on May 9, 2015, Talamonti sent an image of a nude minor female sitting on a carpet naked. Her bare chest and vagina are visible in the image. After sending that image, Talamonti wrote "If you send me a vid I can get u one back." They talked about bounce.girl being 12 years old, Talamonti being 17 and the two engaging in sexual intercourse. The conversation continued with Junod saying "You like young girls though. You want to fuck a young girl" to which Talamonti replied, "One of them wanted it in the ads and yes yes I do, Ass*, I like little girls like u, So small and cute and tight."

13. On July 2, 2015, Talamonti and Junod discussed meeting in Detroit to have sexual intercourse.

14. On July 6, 2015, Junod sent a video of a man having vaginal intercourse with a child. Talamonti responded with "Lol what is he doing, And I wish that was me lol."

15. The FBI Detroit Division notified the FBI Washington Field Office (WFO) of these communications as Talamonti resides in Falls Church, Virginia.

16. **State Search Warrant and Interview**: On or about April 26, 2016, the Falls Church Police Department (FCPD) executed a search warrant at the home of Talamonti and collected numerous digital media items belonging to Talamonti, including, an Apple iPhone, Model A1549; IMEI: 352017072541475 (Talamonti's Phone).

17. During the search, the investigators conducted a non-custodial, recorded interview with Talamonti. He admitted knowing that the images he sent to the person in Detroit were child pornography. He admitted that he obtained these images from other Kik users or on the internet. He further admitted that, some of the time, he is interested in little girls.

18. On or about May 23, 2016, the FBI met with FCPD to discuss the case status. After a preliminary review and noting the volume and type of evidence found during the search, the FBI Washington Field Office assisted FCP with a forensic review. It was determined that the FBI would maintain custody of the items for further review and analysis as FBI WFO had forensic analysis capabilities that the Falls Church PD did not.

19. On or about May 23, 2016, Talamonti's Phone was forensically imaged and analyzed with a focus on chats contained within the Kik application. KIK messages were observed to cover a period of November 11, 2015 3:59 PM EST through April 29, 2016 9:06 AM EST. Within that time frame, Talamonti engaged in chats with approximately 516 different people, the majority of which appeared to be young females and the content of the chats were sexual in nature.

20. From December 5, 2015 through April 29, 2016, after Talamonti turned 18 years of age, he communicated with 376 different Kik users. A review of the messages shows that Talamonti repeated and frequently communicated with females who told him that they were between the ages of 11-17.

21. **Victim Interviews**: The FBI has located and identified three minor female victims who communicated with Talamonti through Kik. Additionally, the FBI has probable cause to believe that Talamonti has received, distributed, and produced digital videos and/or images containing child pornography with other persons. These victims included one living in the New Albany Division of the Southern District of Indiana (Minor Victim 1).

22. On or about May 23, 2017, the FBI identified that Talamonti specifically engaged in chat communication with a minor female on the Kik messenger app to purposely entice and coerce the minor to produce and to send child pornography. The

minor female, utilizing Kik username known to the affiant was 13 years old when she chatted with Talamonti.

23. During the course of their communications, Minor Victim 1 sent Talamonti 15 images and 5 videos. The affiant has reviewed these files. Three files show her bare chest. Two files show close-ups of her vagina. One file shows her nude from the waist down. Each of the five videos show her, Minor Victim 1, masturbating and constitute child pornography.

24. **Chat with Minor Victim 1**: The affiant has reviewed the Kik messenger chat between Talamonti and Minor Victim 1 resolved the following:

25. On February 11, 2016 at 10:42 PM EST, the KIK Messenger chat initiates between Talamonti and Minor Victim 1. The short communication consisted of Talamonti soliciting the minor female to send images of herself to him by stating "Cmon don't be shy let's c the pic." The minor female replied by sending a screenshot image of the Batman emblem, a comic book character. Talamonti responded by saying "Don't be like that" and "I wanna c the pic of you in your brah[bra] and face." Minor Victim 1 did not respond to Talamonti any further on this date. Talamonti did, however, send two more messages stating "Cmon" followed by "Daddy is waiting."

26. On February 12, 2016 at 3:22 PM EST, Talamonti reached out to Minor Victim 1 by asking "You home yet?" and she replied that she was at 3:56 PM EST. Talamonti then stated "Mm yay" and followed by "Come take a shower with daddy" and Minor Victim 1 replied with "OK." Talamonti then stated "Strip for daddy" at 3:58 PM EST with no immediate response from Minor Victim 1 Talamonti then sent another message 4:01 PM EST that displayed "Strip." At 4:15 PM EST, Talamonti sent another message of "Hey." At 4:30 PM EST, Talamonti sent another message that stated "How is my little babay" followed by another message at 5:17 PM EST of "?." At

5:19 PM EST, Minor Victim 1 replied and sent a nude picture of herself in a bathroom without a shirt or bra and wearing stretch pants. In response to the picture, Talamonti replied with "Mm you look good baby" and "Why no gave[face] though?" Minor Victim 1 replied stating she does not like showing her face and Talamonti replied by saying "That's also part of you and daddy likes seeing it." Minor Victim 1 replied with "Okay."

27. It is important to note that Talamonti was having a lengthy sexually explicit conversation with another Kik user, Person 1 simultaneously as he is conversing with Minor Victim 1.

28. On February 12, 2016 at 6:06 PM EST, Minor Victim 1 sent a video depicting child pornography and included her masturbating with an object known to the affiant (later identified at Video 7). Talamonti replied with "You wanna fuck while your at it" and also asked Minor Victim 1 if she "Can fit anything bigger than that (object redacted) in it?" At 6:26 PM EST, Minor Victim 1 responded by stating "My (second object redacted) but it hurts sometimes..." At the same time, Minor Victim 1 also sent a video to Talamonti that depicted child pornography where she was nude and masturbating with a second object (later identified as Video 6). At 6:28 PM EST, Talamonti sent a message that read "...let me c u use the (second object redacted) for a little wanna c how tight it is." In response, Minor Victim 1 says "Ok give me a sec" and also sends a close-up picture of her vagina. At 6:44 PM EST, Talamonti sent a message stating "You gonna make another one[video] for daddy?" and Minor Victim 1 replied that she could not and cited her mom as the reason.

29. The conversation continued on throughout the day and the remained sexually explicit in nature. For example, Talamonti asked Minor Victim 1 if she wanted "daddys cock" and asked if he could pound her "little slut pussy." Talamonti

advised in a message at 10:56 PM EST that he masturbated earlier to a video provided by Minor Victim 1. Lastly, Talamonti advised Minor Victim 1 she would have to make another video of her "fucking" her bear for "daddy" and suggested she try a pillow.

30. On February 13, 2016 at approximately 2:20 PM EST, Talamonti initiated a chat, and after a short period of general conversing, the conversation turns sexual. At 2:55 PM EST, Talamonti received a video from Minor Victim 1 showing her masturbating (Later identified as Video 5). At 2:58 PM EST, Talamonti told Minor Victim 1 to "Take a video for daddy next time you use a pillow." And Minor Victim 1 replied "Yea." At 3:00 PM EST, Talamonti asked Minor Victim 1 if she was still masturbating and she replied "Yes." Talamonti asked Minor Victim 1 "How many fingers can you fit in?" At 3:02 PM EST, Minor Victim 1 sent a video to Talamonti depicting child pornography with Minor Victim 1 masturbating with her fingers inserted vaginally (Later identified as Video 4). At 3:03 PM, Talamonti acknowledged the video and inquired asked how deep she can insert her fingers into her vagina. The sexually explicit conversation continued, and at 3:30 PM EST, Minor Victim 1 sent a picture of her posing in front of a mirror wearing only a bra and underwear. Talamonti responded with "I wanna c you wearing that but with your legs spread open for daddy." At 6:38 PM EST, at the request of Talamonti, Minor Victim 1 sent a picture depicting child pornography as she is nude in the shower and displaying her private parts.

31. It is important to note that Talamonti was having a lengthy sexually explicit conversation with another Kik user, Person 2, simultaneously as he is conversing with Minor Victim 1.

32. On February 14, 2016 at 3:00 PM EST, Talamonti initiated a chat conversation with Minor Victim 1. After general conversing, Minor Victim 1 sent a

video to Talamonti showing her masturbating (Later identified as Video 3). Talamonti acknowledged the video with "Daddy like." At 4:27 PM EST, Talamonti asked Minor Victim 1 to "make another [video] for daddy when you get a chance." At 8:43 PM EST, Talamonti sent a message to Minor Victim 1 stating "...daddy like your vid" and also advised that "daddy want more" which prompted Minor Victim 1 to respond with "Ok."

33. On February 16, 2016 at 7:36 PM EST, Minor Victim 1 sent Talamonti a message of "Hi." At 7:37 PM EST, Minor Victim 1 sent a picture depicting child pornography as the image contained her nude vagina.

34. March 10, 2016 5:55 PM EST, Talamonti initiated a conversation with Minor Victim 1 and stated "Sorry Ive been gone for a while." At 10:04 PM EST, Minor Victim 1 responded by sending an image of her displaying her breasts. Talamonti asked how Minor Victim 1 is doing and she responds "Ok I guess just suicidal." There was no further KIK messenger communication between Minor Victim 1 and Talamonti.

35. An Administrative Subpoena was served on Kik requesting subscriber identification information associated with Kik username of Minor Victim 1. On June 27, 2016, Kik responded with information associated to a female name (born 10/2002).

36. An Administrative Subpoena was also served on Time Warner Cable requesting subscriber information associated with an IP address Minor Victim 1 used to access her Kik account. On that same day, Time Warner Cable responded and provided information of an individual residing in the Southern District of Indiana. Upon receipt of this information, FBI used available open source and law enforcement sensitive databases to tentatively identify Minor Victim 1.

37. On or about November 2, 2016, Minor Victim 1 was located by the FBI and forensically interviewed in Corydon, Indiana. During the interview, Minor Victim

1 was shown a photo obtained from the Kik chat communication with Talamonti. Minor Victim 1 confirmed that she was shown in the photo and that the photo was uploaded to Kik. She stated the photo was taken from her home.

38. Minor Victim 1 acknowledged the username for her KIK account was the one known to the affiant and referenced above. Minor Victim 1 said she had another username, but could not recall the name. Minor Victim 1 was shown the chat log between her and Talamonti and she recognized the conversation.

39. Minor Victim 1 was shown a photo of the individual she was sending pictures to and she identified a picture of user, "ztalamont." Minor Victim 1 initially said he did not tell her his name but later she recalled his name to be "Zack." Minor Victim 1 stated he texted her and they started talking.

40. During the interview, Minor Victim 1 was asked if she told Talamonti her age. Minor Victim 1 said she did. Minor Victim 1 thought she was 12 at the time. She remembered telling him her true age and that Talamonti disclosed to her that he was 18. Talamonti asked Minor Victim 1 if she was ok talking to him if she was still interested in him. Minor Victim 1 said yes and they agreed to continue talking.

41. Minor Victim 1 said that they talked about general things. They admitted to liking each other and they started "dating." Minor Victim 1 said that Talamonti, at some point, asked about pictures of Minor Victim 1. She sent regular pictures to him, but then he started asking for pictures of her "boobs and private parts." She eventually agreed to send explicit pictures to Talamonti because she liked him and felt a connection to him. Minor Victim 1 recalled that she liked Talamonti and did not want him to quit talking to her, so she sent pictures and videos as he requested. Minor Victim 1 claimed Talamonti would ask her to send the pictures and videos and direct her on what to send.

42. Minor Victim 1 was shown several screenshots of videos sent to Talamonti via KIK and she identified herself as the sender of the content, including scenarios of her using the objects referenced above to masturbate. She could not recall the precise number of pictures and videos she sent.

43. Minor Victim 1 said that he broke up with her when she stopped sending him pictures and videos.

44. On or about April 27, 2017, the affiant reviewed the digital forensic report of the Talamonti's Phone and found child pornography involving Minor Victim 1. The following is a summary of specific videos are described as follows:

45. A video titled, d779e762-ad66-44c9-abea-f983f64d8ada, file time 04/01/2016 16:48:10 EDT, length 1:02, showed a minor female laying on the floor and masturbating with an object intra anus (Video 1). This minor female is not Minor Victim 1, but her identity has not yet been determined.

46. A video titled, b9b6450a-46e0-4ba3-956b-0215fab9cd7a, file time 02/25/2016 18:12:38 EST, length 0:47, showed a female in a bathroom. She is nude and her vagina is visible (Video 2). This female is not Minor Victim 1, but her identity has not yet been determined.

47. A video titled, 15bef3e2-9c07-49d7-8429-da67352ea63a, file time 02/14/2016 15:56:26 EST, length 0:07, showed Minor Victim 1 with an exposed vagina and masturbating with the second object (Video 3).

48. A video titled, 170ca305-01e4-458c-8e2d-c3779cca0130, file time 02/13/2016 15:03:34 EST, length 0:09, showed Minor Victim 1 with an exposed vagina and masturbating (Video 4).

49. A video titled, 94843dc7-db5a-47e2-97c3-d24c547db0a3, file time 02/13/2016 14:56:13 EST, length 0:12, showed Minor Victim 1 with an exposed vagina and masturbating (Video 5).

50. A video titled, e7246281-142e-4205-ad12-be562193ab96, file time 02/12/2016 18:26:56 EST, length 0:35, showed Minor Victim 1 masturbating with an unidentified object (Video 6).

51. A video titled, 3c27ca07-f35a-4637-a908-29d346a291d2, file time 02/12/2016 18:22:35 EST, length 0:13, showed Minor Victim 1 masturbating by inserting the first object (Video 7).

52. A video titled, 1f6edb40-091e-49ba-883b-f242e2927054, file time 02/08/2016 10:38:20 EST, length 0:52, showed a minor female masturbating and then providing a close-up of her vagina (Video 8). This minor female is not Minor Victim 1, but her identity has not yet been determined.

53. A video titled, f91a81c1-6e04-49ab-a98a-c4d5347f552b, file time 02/08/2016 10:34:59 EST, 0:53, showed a minor in a bathroom and undressing completely nude while in various poses. The female continues to expose her anus and rubs her body parts (Video 9). This minor female is not Minor Victim 1, but her identity has not yet been determined.

54. A video titled, b5176779-08cc-471d-bacc-40b1ea4e7d18, file time 02/07/2016 11:02:46 EST, length 1:40, contained a minor female, possibly a minor, in a bathroom setting wearing a bathing suit who fully undresses. The female rubs her body parts and continues to masturbate and inserting her fingers inside her anus (Video 10). This minor female is not Minor Victim 1, but her identity has not yet been determined.

55. A video titled, fd1be825-beea-47d6-a288-4bed9c7bab2f, file time 02/07/2016 10:59:14 EST, length 1:24, containing a fully nude minor female fondling her breast and continues on to expose her vagina and masturbate by inserting her fingers into her vagina (Video 11). This minor female is not Minor Victim 1, but her identity has not yet been determined.

56. On or about April 27, 2017, the FBI conducted further analysis on the "Kik Messages" portion of the digital extraction report conducted on the Talamonti's Phone and identified chat history where the Talamonti distributed and/or received videos with other Kik users that were located on the Talamonti's Phone.

57. Talamonti knowingly entered into a chat with Kik User 1 (redacted) for the apparently sole purpose of trading videos relating to child pornography. The chat started on April 1, 2016 at 4:40 PM EST and continuing for 12 minutes. The two discussed trading videos and Talamonti asked Kik User 1 if his profile pic is actually that individual and Kik User 1 replied by stating "Nope its not me."

58. Talamonti sent Video 8, previously identified within the Affidavit and located on the Target Device, to Kik User 1. Kik User 1 then sent Talamonti, Video 1, previously identified within the Affidavit and located on the Talamonti Phone. Talamonti responded to Kik User 1 by sending Video 11, previously identified within the Affidavit and located on the Talamonti Phone. Shortly thereafter, Talamonti sent Video 9, previously identified within the Affidavit and located on the Talamonti Phone. No additional content was traded between the users afterwards.

59. Talamonti entered into a chat with Kik User 2 (redacted) and distributed videos relating to child pornography. The chat starting on April 23, 2016 at 1:21 PM EST and continuing for only 2 minutes. There was no chat communication from Kik User 2 and Talamonti sent Kik User 2 a video identified as Video 9.

60. Talamonti entered into a chat with Kik User 3 (redacted) for the apparently sole purpose of trading videos relating to child pornography. The chat starting on April 23, 2016 at 1:22 PM EST and continuing for only 12 minutes. During this time, Talamonti sent Video 8 to Kik User 3 and followed up with a message of "You send?" and "You have any?" Kik User 3 did not communicate with Talamonti throughout the chat, but rather only received.

61. Talamonti entered into a chat with Kik User 4 (redacted) for the apparently sole purpose of trading videos relating to child pornography. The chat starting on April 25, 2016 at 11:20 PM EST and continuing for only 29 minutes. Initially, Talamonti sent Kik User 4 a video previously identified, Video 8. Kik User 4 advised the video will not load, so Talamonti resent Video 8. Shortly thereafter, Talamonti sent Video 9. Lastly, Talamonti sent Video 2, previously identified within the Affidavit and located on the Target Device. Kik User 4 did not send any content to Talamonti but rather only received.

62. From my training and experience, I know that Kik is a facility of interstate and foreign commerce, and that communications through Kik are in or affecting such commerce.

63. **Conclusion**: Based upon the contents of this Affidavit, I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for Talamonti charging him with the offense listed above.

64. **Request to Seal**: Because Talamonti is not in custody and the investigation is ongoing, the affiant respectfully requests the Court to seal the Complaint, Affidavit, and Arrest Warrant.

Special Agent Ronnie Hornback
FBI

Subscribed and sworn to before me on May 4, 2017.

Van T. Willis
United States Magistrate Judge